IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA ZARICHNY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMPLETE PAYMENT | : | NO. 14-3197 |
| RECOVERY SERVICES, INC et al. | : | |

ORDER

AND NOW, this 21st day of January, 2015, upon consideration of defendants' motion to dismiss and/or strike plaintiff Sandra Zarichny's first amended complaint (docket no. 11), plaintiff's response in opposition thereto, and defendants' motion for leave to file a reply brief (docket no. 15), it is hereby ORDERED that:

1. Defendants' motion for leave to file a reply brief is GRANTED;

2. Defendants' motion to dismiss is GRANTED IN PART and DENIED IN PART;

3. Defendants' motion to dismiss defendant Fidelity National Information Services ("FIS") is GRANTED;

4. Defendants' motion to dismiss plaintiff's claim against defendant Complete Payment Recovery Services, Inc. ("CPRS") pursuant to the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227 et seq., is DENIED;

5. Defendants' motion to dismiss plaintiff's claim against CPRS pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692c, 1692d, and 1692f is GRANTED;

6. Defendants' motion to dismiss plaintiff's claim against CPRS pursuant to the FDCPA, 15 U.S.C. § 1692g, is DENIED;

7. Defendants' motion to strike plaintiff's class action allegations is GRANTED;

8. By noon on January 30, 2015, the parties shall jointly INFORM the Court whether they agree that settlement discussions before the Honorable Jacob P. Hart would likely be productive; and

9. Further scheduling shall ABIDE the parties' January 30, 2015 communication.

BY THE COURT:


_/S/ STEWART DALZELL, J.