IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA ZARICHNY<br><br>    Plaintiff,<br><br>  v.<br><br>COMPLETE PAYMENT RECOVERY SERVICES, INC. d/b/a CPRS d/b/a www.paymentpost.com; FIDELITY NATIONAL INFORMATION SERVICES d/b/a FIS d/b/a www.paymentpost.com; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case Number 2:14-cv-03197-SD<br><br>ELECTRONICALLY FILED |

### OFFER OF JUDGMENT OF DEFENDANT
### COMPLETE PAYMENT RECOVERY SERVICES, INC.

To:

Arkady "Eric" Rayz, Esquire
KALIKHMAN & RAYZ, LLC
1051 County Line Road, Suite A
Huntingdon Valley, PA 19006

Gerald D. Wells, III, Esquire
CONNOLLY WELLS & GRAY, LLP
2200 Renaissance Blvd., Suite 308
King of Prussia, PA 19046

Attorneys for Plaintiff
Sandra Zarichny

Pursuant to Fed. R. Civ. P. 68, remaining defendant Complete Payment Recovery Services, Inc. ("CPRS") hereby offers to allow judgment to be taken against it with respect to plaintiff Sandra Zarichny's First Amended Complaint ("FAC"), which offer is made for the purposes specified in Rule 68 and is not to be construed as an admission of liability on the part of CPRS or that plaintiff Zarichny suffered any damages:

1. As to Count I of the FAC, in the amount of $3,500 ($1,000 under 15 U.S.C. § 1692k(a)(2)(A) and $2,500 under 15 U.S.C. § 1692k(a)(3)), inclusive of the costs of the action and reasonable attorney's fees incurred through the date of the offer; and

2. As to Count II of the FAC, in the amount of $5,500 under 47 U.S.C. § 227(b)(3)(B), inclusive of the costs of the action and reasonable attorney's fees incurred through the date of the offer.

_____
Gerald E. Arth
Joshua Horn
Nicholas T. Solosky
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
Phone:  (215)-299-2000
Fax:  (215) 299-2150

Attorneys for Defendant
Complete Payment Recovery Services, Inc.

Dated: January 29, 2015