

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA ZARICHNY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMPLETE PAYMENT | : | NO. 14-3197 |
| RECOVERY SERVICES, INC. | : | |

### JUDGMENT

AND NOW, this 23rd day of February, 2015, upon consideration of defendant Complete Payment Recovery Services, Inc.'s offer of judgment (docket entry # 23), which plaintiff accepted by letter on February 9, 2015, it is hereby ORDERED that:

1. JUDGMENT IS ENTERED in favor of plaintiff Sandra Zarichny in the amount of $3,500.00 as to Count I ($1,000.00 under 15 U.S.C. § 1692k(a)(2)(A) and $2,500.00 under 15 U.S.C. § 1692k(a)(3)), inclusive of the costs of the action and reasonable attorney's fees incurred through the date of the offer;

2. JUDGMENT IS ENTERED in favor of plaintiff Sandra Zarichny in the amount of $5,500.00 as to Count II (under 47 U.S.C. § 227(b)(3)(B)), inclusive of the costs of the action and reasonable attorney's fees incurred through the date of the offer; and

3. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

ENTERED
FEB 23 2015
CLERK OF COURT

_____
Stewart Dalzell, J.